

February 12, 2026

> Application granted. Plaintiff shall, by no later than February 13, 2026 at 5:00 p.m., re-file the Amended Complaint, including the redacted version of Exhibit A, in the form annexed to Doc. 53. (*See* Doc. 53-1). The redacted document, once filed, shall remain the publicly-filed version, and the unredacted documents (Docs. 40-1, 40-2, 54) shall remain under seal. Accordingly, the Clerk of Court is respectfully directed to strike the previously-filed Amended Complaint (Doc. 47) from the docket but retain the summary docket text for the record.
>
> The Clerk of Court is also respectfully requested to terminate the letter motion pending at Doc. 52.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 13, 2026

**VIA ECF**

Hon. Philip M. Halpern
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    *RJL Industries Inc. v. Kapsch TrafficCom USA, Inc. et al.*
             C.A. No. 7:25-cv-9277 (S.D.N.Y.)

Dear Judge Halpern:

We represent RJL Industries, Inc. ("Plaintiff") in the above-r[...] Defendants Kapsch TrafficCom USA, Inc. ("Kapsch"), Transcore, [...] Conduent State & Local Solutions, Inc. ("Conduent") (collectively, "Defendants"). We write pursuant to Rule 5B of Your Honor's Individual Practices in Civil Cases and ECF Rules and Instructions §§ 13.6 and 21.7.

Plaintiff filed their motion for leave to file Amended Complaint along with Exhibits attaching the redlined and clean versions of the Amended Complaint including Exhibit A on January 23, 2026. *See* ECF Nos. 40-1 and 40-2. Plaintiff inadvertently included in Exhibit A, information that should have been redacted as confidential financial account number, which Plaintiff believes is personally identifiable. *See Rojas v. Triborough Bridge & Tunnel Auth.*, No. 18-CV-1433 (PKC), 2022 WL 773309, at *2 (S.D.N.Y. Mar. 14, 2022) (permitting redaction of individual's E-ZPass account number). On February 9, 2026, Plaintiff's counsel requested emergency sealing of the said docket entries as per ECF Rules and Instructions §§ 13.6 and 21.7, which the ECF Help Desk fulfilled on the same day

44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777

Plaintiff now respectfully requests that the Court permits: (i) docket entries at ECF No. 40-1 and 40-2 to be removed from the public docket and/or formally sealed in accordance with ECF Rule § 21.7 or in the alternative, be replaced with redacted copies being filed contemporaneously; and (ii) that Plaintiff is permitted to re-file the correctly redacted version of the Amended Complaint including Exhibit A, the filing of which the Court approved on February 2, 2026 (ECF No. 44).[1]

Plaintiff has conferred with counsel for Defendants regarding Plaintiff's proposed redactions to Exhibit A, and counsel for Defendants do not object to this request.

Sincerely,

/s/*Radhika Gupta*
Radhika Gupta

Andrea Farah
Radhika Gupta
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: 914-997-0500 (Main)
Tel.: 914-733-7256 (Direct)
Email: afarah@lowey.com
         rgupta@lowey.com

---

[1] Plaintiff had earlier filed their Amended Complaint pursuant to Court's Order dated February 2, 2026 (ECF No. 47) but inadvertently failed to include Exhibit A.